# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA : 

vs. : CRIMINAL NO.: 18-00125-KD

MICHAEL DEWAYNE HALLMAN :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 30) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count one of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **October 31, 2018 at 11:00 am**.

**DONE and ORDERED** this the 17th day of August, 2018.

s/ Kristi K. DuBose
CHIEF UNITED STATES DISTRICT JUDGE